1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL W. WELCH, | Case No. 2:15-cv-00940-LDG-PAL |
| Plaintiff, | **ORDER** |
| v. | (IFP App. – Dkt. #3) |
| THOMAS WHITE, et al., | |
| Defendants. | |

12    This matter is before the Court on Plaintiff Michael W. Welch's Application to Proceed

13   *In Forma Pauperis* (Dkt. #3).  This proceeding was referred to the undersigned pursuant to 28

14   U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9.

15    Plaintiff is proceeding in this action *pro se*, which means that he is not represented by an

16   attorney.  *See* LSR 2-1.  He first requested authority pursuant to 28 U.S.C. § 1915 to proceed *in*

17   *forma pauperis* ("IFP") on May 19, 2015.  *See* IFP Application (Dkt. #1).  However, Plaintiff

18   submitted the application designated for incarcerated litigants and, as a result, the Court was

19   unable to determine whether Plaintiff was eligible for IFP status.  *See* Order (Dkt. #2).  The

20   Court instructed Plaintiff to resubmit his application on the correct form.  *Id*.  Plaintiff renewed

21   his IFP Application (Dkt. #3), but subsequently paid the full filing fee of $400 and filed an

22   amended complaint.  *See* Receipt of Payment (Dkt. #4); Am. Compl. (Dkt. #5).  Thus, Plaintiff's

23   IFP Application is now moot.

24    Accordingly,

25    1.  Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #3) is DENIED as moot.

26    2.  The Clerk of the Court shall file the original Complaint (Dkt. #1-2) and issue

27       summons for Defendants Thomas White and Laborers Union Local 872.

28

1

3.  Plaintiff is advised to carefully review Rule 4 of the Federal Rules of Civil Procedure in order to properly serve Defendants.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff must complete service within 120 days from the date this order, or by **February 5, 2016**.

4.  From this point forward, Plaintiff shall serve upon Defendants, or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading motion or other document submitted for consideration by the court.  Plaintiff shall include with the original papers submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants.  The court may disregard any paper received by a district judge or magistrate judge that has not been filed with the Clerk of the Court, and any paper received by a district judge, magistrate judge, or the Clerk that fails to include a certificate of service.

Dated this 8th day of October, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE