UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL WELCH,<br><br>　　　　　　　　Plaintiff,<br>v.<br>THOMAS WHITE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-00940-LDG-PAL<br><br>ORDER |

　　　　This matter is before the court's review of the docket in this case. Plaintiff Michael Welch filed an in forma pauperis application on May 19, 2015 which was denied without prejudice on June 15, 2015. Welch was given until July 13, 2015, to complete another in forma pauperis application. Rather than filling out another application, Welch paid the filing fee and filed an Amended Complaint (Dkt. #5) on October 1, 2015. Summons was issued, but proof of service has not been filed and no answer or other appearance has been filed.

　　　　Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Welch shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Welch must promptly file a supplemental notice upon any change in the information contained in the notice.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff Michael Welch shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including

parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than December 7, 2015.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 16th day of November, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE